IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARRELL HOLLOWAY<br>(BOP Register No. 08624-068),<br><br>Plaintiff,<br><br>V.<br><br>DSSC DIRECTOR, ET AL.,<br><br>Defendants. | § § § § § § § § § § § | No. 3:16-CV-1477-M |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20 day of September, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE